IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PRICILLA MARTINEZ-GARCIA (LOPEZ)<br><br>     Plaintiff,<br><br>vs.<br><br>LARA'S TRUCKS, INC. ET AL<br>     Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION FILE NO.<br>:  1:14-CV-01125-CAP<br>:<br>:<br>:<br>: |

## CONSENT MOTION TO DISMISS THIS CASE WITH PREJUDICE

Comes Now, Plaintiff Pricillia Martinez-Garcia (Lopez), and moves to dismiss this action with prejudice. Defendants do not oppose Martinez's motion to dismiss this case with prejudice, with each side to bear its own cost in attorney fees.

WHEREFORE, both parties respectfully request that the Court dismiss this case with prejudice.

14 August 2014.                       By: /s Stephen M. Katz
                                      Stephen M. Katz
                                      Ga. Bar No. 409065

1



THE **KATZ LAW GROUP** LLC
4799 Olde Towne Parkway
Marietta, Georgia 30068-4350
Telephone:   770.988.8181
Fax:             770.988.8182
EMail:  smkatz@smk-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PRICILLA MARTINEZ-GARCIA (LOPEZ)<br><br>Plaintiff,<br><br>vs.<br><br>LARA'S TRUCKS, INC. ET AL<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION FILE NO.<br>:  1:14-CV-01125-CAP<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served upon all counsel of record

**CONSENT MOTION TO DISMISS THIS CASE WITH PREJUDICE**

by electronically filing the certificate of service with the Clerk of the United States District Court for the Northern District of Georgia using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys and/or other individuals listed below. Unless otherwise indicated below, undersigned counsel has not provided copies of the above pleading other than the CM/ECF system.

■ **United States Mail.** By depositing same in the United States Mail in an envelope properly addressed, with sufficient postage thereon to all counsel of record;

☐ **Overnight Delivery.** By depositing the pleading with an overnight delivery service in an overnight envelope, properly addressed, charges prepaid;

☐ **Hand Delivery.** By sending the pleading via courier;

☐ **Facsimile.** By transmitting the pleading to the following telephone numbers via facsimile, confirmation sheets attached;

☐ **E-Mail.** By transmitting the pleading via e-mail to the following e-mail addresses.

☐ **None.** The document set forth above was delivered to all counsel of record solely by the CM/ECF electronic filing system.

14 August 2014.

By: /s Stephen M. Katz
Stephen M. Katz
Ga. Bar No. 409065



THE KATZ LAW GROUP LLC
4799 Olde Towne Parkway
Marietta, Georgia 30068-4350
Telephone:  770.988.8181
Fax:  770.988.8182
EMail:  smkatz@smk-law.com