IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PRICILLA MARTINEZ-GARCIA (LOPEZ),<br><br>    Plaintiff,<br><br>    v.<br><br>LARA'S TRUCKS, INC., a Georgia Corporation, and FERNANDO LARA,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:14-CV-1125-SCJ |

## ORDER

This matter is before the Court on Plaintiff's consent motion to dismiss with prejudice [Doc. No. 7], which is hereby **GRANTED**. This civil action is dismissed with prejudice.

**IT IS SO ORDERED**, this 15th day of August, 2014.

                                              s/Steve C. Jones
                                              STEVE C. JONES
                                              UNITED STATES DISTRICT JUDGE